IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA NAILS,

        Plaintiff,

    v.

ERIC BEACH,

        Defendant.

No. 3:15-cv-1032-JE

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings and Recommendation [18] on January 27, 2016, in which he recommends that this Court dismiss Plaintiff's claims with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 8(a). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings & Recommendation [18]. Therefore, for the reasons stated in the record, the Court dismisses Plaintiff's claims with prejudice.

IT IS SO ORDERED.

DATED this 23 day of February, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge